# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| QUINTANA JOE MARTINEZ, | Case No. 25-cv-1958 (LMP/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING** |
| | **REPORT AND RECOMMENDATION** |
| STEVEN TUHY, | |
| Defendant. | |

Before the Court is the Report and Recommendation ("R&R"), ECF No. 3, of United States Magistrate Judge Leo I. Brisbois, which recommends dismissing Plaintiff Quintana Joe Martinez's Complaint, ECF No. 1, without prejudice for lack of subject-matter jurisdiction. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 3) is **ADOPTED**;

2. Martinez's complaint (ECF No. 1) is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 1, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge